GRAVES, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a period of two years.

The indictment and all other matters of procedure appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## MORTEN v. STATE.

No. 23529.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Under an indictment charging robbery by assault, appellant was, upon his plea of guilty, convicted of felony theft and his punishment assessed at two years' confinement in the penitentiary.

## FIELDER v. STATE.

No. 23517.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

